STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Daniel Casados**
Labor and Employment Law Division
(212) 356-2460
dacasado@law.nyc.gov

November 20, 2026

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Rabiner v. New York City Dept. of Education et al.*
No. 26-CV-06571 (MMG)

Dear Judge Garnett:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel, and counsel for Defendants in the above-referenced action. Defendants respectfully request a short extension of time from the current deadline of November 20, 2026, to Wednesday, November 25, 2026, to respond to the Complaint. Plaintiff's counsel, Bryan D. Glass, Esq., consents to this request. Defendants previously requested, and the Court granted, one extension of time, extending Defendants' deadline from October 8, 2026, to November 20, 2026. The requested extension will not affect any other scheduled deadlines or appearances in this matter. Defendants apologize for the lateness of this request.

The requested extension is necessary because undersigned counsel has a heavy caseload and overlapping deadlines in several other matters. Counsel has been preparing a reply memorandum in support of a motion to dismiss in *Pooran v. NYC et al.*, No. 26-CV-1974 (S.D.N.Y.); responding to a motion to disqualify in *Marin et al. v. NYC Conflicts of Interest Board et al.*, No. 157935/2026; briefing motions to dismiss in state court in *Sanfratello v. NYC et al.*, No. 157935/2026; and preparing for oral argument on motions to dismiss in *Currid v. NYC et al.*, No. 505804/2026, and *Farah v. NYC et al.*, No. 509257/2026. Counsel requires this brief additional time to finalize Defendants' response to the Complaint and to arrange for client review and approval.

Accordingly, Defendants respectfully request that the Court extend their time to answer, move, or otherwise respond to the Complaint through and including Wednesday, November 25, 2026.

Respectfully submitted,
*/s/ Daniel Casados*
Daniel Casados
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

GRANTED. Defendants' deadline to answer, move, or otherwise respond to the complaint is hereby EXTENDED to **November 25, 2026**. This is the second request for an extension and Defendants should not expect any additional extensions of this deadline. The Clerk of Court is respectfully instructed to terminate Dkt. No. 16.

SO ORDERED. Dated November 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE